NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001018
11-JAN-2016
08:13 AM**

NO. CAAP-14-0001018

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF
OF THE HOLDERS OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP HOME EQUITY PASS THROUGH CERTIFICATES,
SERIES 2006-8, Plaintiff-Appellee,
v.
DANIEL SMITH, TAMMY SMITH, Defendants-Appellants
and
JOHN AND MARY DOES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-2444)

ORDER GRANTING MOTION FOR PUBLICATION
AND
RESCINDING MEMORANDUM OPINION FILED DECEMBER 28, 2015
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

On December 28, 2015, this court issued a Memorandum
Opinion in this appeal.  On December 28, 2015, Defendants-
Appellants Daniel Smith and Tammy Smith (**Smiths**) filed
"Appellants' Motion for Publication of the Court's December 28,
2015 Memorandum Opinion" (**Motion for Publication**), seeking to
have this court's Memorandum Opinion issued as a Published
Opinion.

Upon consideration of the Smiths' Motion for
Publication and having no opposition being filed,

IT IS HEREBY ORDERED that the Smiths' Motion for
Publication is granted.

IT IS FURTHER ORDERED that the December 28, 2015

Memorandum Opinion of this court is rescinded and an opinion for publication will follow.

DATED: Honolulu, Hawaiʻi, January 11, 2016.

Gary Victor Dubin
Frederick J. Arensmeyer
(Dubin Law Offices)
on the motion.

Chief Judge

Associate Judge

Associate Judge

2